855 A.2d 568

IN THE MATTER OF STANLEY G. SMITH, AN ATTORNEY AT LAW (ATTORNEY NO. 262931970).

September 2, 2004.

# O R D E R

This matter having been duly presented to the Court, it is ORDERED that **STANLEY G. SMITH** of **PLAINFIELD**, who was admitted to the bar of this State in 1970, and who was temporarily suspended from the practice of law by Order of this Court filed August 4, 2004, be restored to the practice of law, effective immediately, and it is further

ORDERED that the restraints on disbursements from respondent's attorney accounts ordered on August 4, 2004, are hereby lifted.